■ JOSEPH GARROW, Appellant, and SAMUEL H. ZIMMERMAN, on Behalf of Himself and Other Property Owners, et al., Intervenors-Appellants, v. LAWRENCE BEACH CLUB, INC., Respondent.— In an action to declare a parcel of real property owned by respondent to be burdened with an easement of access in favor of real property owned by appellants, and to enjoin respondent from interfering therewith, the appeal is from an order granting summary judgment dismissing the complaint and from the judgment entered thereon. Order and judgment unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ HELMI HARIU, Respondent, v. GREAT NECK MOTORS, INC., Appellant.— In an action to restrain a nuisance and to recover damages, based upon noise emanating from appellant's premises and caused by the use of electrical buffing and polishing machines, the appeal is from a judgment in respondent's favor adjudging that the use of said machines in their present location constitutes a private nuisance, enjoining their operation at that location, directing their relocation within a stated period, and awarding respondent $300 damages. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

■ SYLVIA HARTMAN et al., Respondents, v. HEARST CORP. et al., Appellants.— In an action to recover damages for libel, the appeal is from an order insofar as it grants a motion to vacate items 1 through 8 of appellants' notice of examination before trial. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ., concur.